**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

SCOTT DENNISTON and
CINDY DENNISTON,

CASE NO.: 1:17-cv-00703

Plaintiffs,

v.

CENTURYLINK, INC. and
STELLAR RECOVERY, INC.,

Defendants.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, 1446, Defendants Stellar Recovery, Inc. ("Stellar") and CenturyLink, Inc. ("CenturyLink") file this Notice of Removal of the action entitled *Scott Denniston and Cindy Denniston v. CenturyLink, Inc. and Stellar Recovery, Inc*., No. 17S00176, from Denver County Court, Traffic and Civil Division, ("State Court Action"), to the United States District Court for the District of Colorado. In support of this Notice of Removal, Defendants state the grounds for removal as follows:

1. On February 13, 2017, Plaintiffs Scott Denniston and Cindy Dennistion ("Plaintiffs") filed a complaint (the "State Court Complaint") in the Denver County Court, Traffic and Civil Division, assigned case number, No. 17S00176, naming CenturyLink and Stellar as Defendants and alleging the following: improper collection efforts on a "paid" debt and damage to Plaintiffs' credit. A true and correct copy of Plaintiffs' State Court Complaint is attached hereto as Exhibit "A".

2. Summons in the State Court Action for the State Court Complaints was issued on February 13, 2017 and service was purportedly made on Stellar and CenturyLink on February 24,

2017. As of the date of this Notice, Plaintiff has not filed any Affidavits of Service. The Summons for the State Court Complaint is included in Exhibit "A".

3. This Notice is being filed within thirty (30) days after Stellar first received a copy of the State Court Complaint, which constitute "the initial pleading setting forth the claim for relief upon which [this] action or proceeding is based." 28 U.S.C. § 1446(b)(1).

4. The State Court Complaint is the only document that has been filed by the Plaintiff in state court, and the Summons and State Court Complaint are the only "process, pleadings, and orders served upon" Stellar and CenturyLink. *See* 28 U.S.C. § 1446(a). A copy of the docket in the State Court Action is attached hereto as Exhibit "B".

5. Although not cited as such, the claims for relief alleged in the State Court Action appear to arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 et seq. and/or the Fair Debt Practices Act, 15 U.S.C. §§ 1692 et seq. Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331, 15 U.S.C. § 1681p, and 15 U.S.C. § 1692k(d). The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

6. Removal is appropriate pursuant to Section 1441(a) because CenturyLink and Stellar, the only defendants, are being represented by the same counsel and both "consent[s] to the removal of the action" *see* 28 U.S.C. § 1446(b)(2)(A).

7. This Court is the appropriate venue because the District of Colorado, is the "district court of the United States for the district and division embracing [Denver,] where the [State Court Action] is pending." 28 U.S.C. § 1441(a).

8. Promptly after the filing of this Notice, Defendants shall "give written notice thereof to all adverse parties and shall file a copy of the notice with the clerk [of court for the State Court Action]." 28 U.S.C. § 1446(d).

9. By filing this Notice of Removal, Defendants do not waive any defenses, objections, or motions under state or federal law, and expressly reserves its right to move for dismissal of some or all of Plaintiffs' claims. Defendants also hereby reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendants hereby provide notice and respectfully remove the State Court Action from the Denver County Court, Traffic and Civil Division, to the United States District Court for the District of Colorado, pursuant to 28 U.S.C. §§ 1331, 1441, 1446. Should any question arise as to the removal of this matter, Defendants respectfully request an opportunity to provide additional briefing and oral argument as to why removal is proper.

Dated: March 20, 2017

Respectfully submitted,

/s/Alison N. Emery

Alison N. Emery
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207
904-497-4904 (phone)
904-458-8979 (fax)
alison@assurancelawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this ___ day of March, 2017 a true and accurate copy of the foregoing NOTICE OF REMOVAL has been filed with the Clerk of Court via CM/ECF and is being served on the following parties, at the following addresses, in the following form:

Via first-class U.S. Mail,
Postage pre-paid:

Scott and Cindy Denniston
4801 W 5th Ave.
Denver, CO 80204
Tel: (720) 505-1725

*Pro Se Plaintiffs*